**Record of Conference and Orders: Vera M. Scanlon, USMJ**  Date: 2/21/2020

Case: Pagoada v. Marav USA LLC et al    Telephone Conference @ 10:30 AM

Civ.: 1:19-cv-06885-DLI-VMS

**ECF Recording in 13A South:**    ☑ Telephone Conference    ☐ In-person Conference

**Counsel:** *(See separately docket entry or document for specific appearances)*
☑ Counsel for Plaintiff(s) ☐ Pro Se Plaintiff(s) ☑ Counsel for Defendant(s) ☐ Pro Se Defendant(s)  *Centeno*

**Conference Type:**

☐ Initial Conference ☐ Status Conference ☐ Settlement Conference ☑ Motion Hearing ☑ Discovery Conference ☐
☐ JPTO Conference   ☐ Other _____

**Further to the conference, discovery and other scheduling dates are as follows:**
*(If dates previously set by the Court are not reset, they remain as stated in the previous order.)*

☐ Motions decided on the record

☐ Rule 26(a) disclosures, incl. supplements

☐ Document requests to be served

☐ Interrogatories to be served

☐ Amended pleadings, incl. joinder    ☐ To be served    ☐ To be filed
   ☐ Complaint ☐ Answer    ☐ On consent ☐ By motion ☐ By PMC letter

☐ Joint status letter ☐ Stip of dismissal to be filed

☐ Status conference    Date:    Time:
   ☐ In person ☐ Telephone (718) 613-2300    To be organized by:

☐ Specific depositions to be held

☐ Fact discovery closes

☐ Expert disclosures to be served

☐ Initial expert report(s) to be served

☐ Rebuttal expert report(s) to be served

☐ Expert discovery closes

☐ All discovery closes

☐ Joint letter confirming discovery is concluded

☐ Summary judgment to be initiated    ☐ PMC letter ☐ Briefing

☐ Joint pre-trial order to be filed    ☐ Letter for conference ☐ Proposed JPTO

☐ Proposed confidentiality order to be filed

☐ Consent to Magistrate Judge to be filed

☐ Settlement Conference    Date:    Time:

Page 1 of 2

**Vera M. Scanlon, USMJ**
**Conference Orders, Continued**

Case: Pagoada v. Marav USA LLC et al  Civ.: 1:19-cv-06885-DLI-VMS
Date: 2/21/2020

**Additional Orders:**

The Court heard counsel on the stipulation of dismissal at [15].